UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Benjamin Teich, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Benjamin.Teich@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 16-22151 (CMG) |
| Strategic Environmental Partners, LLC, | |
| | Hearing Date: |
| Debtor. | |
| | The Honorable Christine M. Gravelle |

**NOTICE OF MOTION OF THE ACTING UNITED STATES TRUSTEE FOR AN ORDER APPOINTING A CHAPTER 11 TRUSTEE OR IN THE ALTERNATIVE, CONVERTING OR DISMISSING THIS CASE**

**TO: ALL PERSONS ON ATTACHED CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that the Acting United States Trustee, by and through his counsel, shall move before the Honorable Christine M. Gravelle, on a time to be set by the Court, at the United States Bankruptcy Court, District of New Jersey, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey for an order appointing a chapter 11 trustee or in the alternative, converting this case to chapter 7 or dismissing the case, and for such other and further relief as this Court deems just and appropriate.

**PLEASE TAKE FURTHER NOTICE** that the Acting United States Trustee shall rely upon the Memorandum of Law and Certification submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to the Motion must be filed with the Court and served upon the Acting United States Trustee as stated in the Order Shortening Time.

ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3

*/s/ Benjamin Teich*
Benjamin Teich
Trial Attorney

DATED: July 8, 2016