| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>ACTING UNITED STATES TRUSTEE, REGION 3<br>Benjamin Teich, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Benjamin.Teich@usdoj.gov | <br>**Order Filed on August 25, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Strategic Environmental Partners, LLC ,<br><br>Debtor. | Case No.: 16-22151 (CMG)<br><br>Chapter 11<br><br>Hearing Date:<br><br>Judge: Christine M. Gravelle |

## ORDER DISMISSING CHAPTER 11 CASE

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

**DATED: August 25, 2016**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**

Strategic Environmental Partners, LLC

Chapter 11 Case No.: 16-22151 (CMG)

**Order Dismissing Chapter 11 Case**

_____

      Upon consideration of the Motion of the Acting United States Trustee by and through counsel, for an Order Dismissing the Chapter 11 case, pursuant to 11 U.S.C. § 1112(b), and notice of the motion having been given to the Debtor, Debtor's counsel, secured creditors and parties that filed a Notice of Appearance, and the Court having found cause for the entry of the within order, and good cause shown, it is hereby:

      **ORDERED** that the Debtor's chapter 11 case is **DISMISSED.**